UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-33997 |
| STEVEN A. DEBNAR AND | ) | |
| CLAR C. DEBNAR, | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| Debtor(s) | ) | |

### ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF
### THE LAW OFFICES OF ZANE L. ZIELINSKI, P.C. FOR ALLOWANCE OF
### COMPENSATION AND EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of Law Offices of Zane L. Zielinski, P.C. for Allowance of Compensation and Reimbursement of Expenses; due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; the Court having jurisdiction over this core proceeding; the Court having held a hearing on the fee application and reduced the requested fees by $1,000;

IT IS HEREBY ORDERED THAT:

1. Zane L. Zielinski, P.C. is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $5,440;

2. Zane L. Zielinski, P.C is hereby allowed reimbursement of actual, necessary expenses in the amount of $54.00;

3. Joji Takada, not individually but as the chapter 7 trustee for STEVEN A. DEBNAR AND CLAR C. DEBNAR is authorized to pay Zane L. Zielinski, P.C the amount of $5,494; and

4. Notice of this Application is deemed sufficient and no further notice is required.

Enter:

Dated: JUL 13 2018

United States Bankruptcy Judge

**Prepared by:**
Zane L. Zielinski (6278776)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d. 773-877-3191
f. 815-846-8516
e. trustee@zanezielinski.com

Rev: 20130104_bko